IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERT L. HYDE,

Plaintiff,

v.

OPINION and ORDER

FRANK BISIGNANO,
Commissioner of the Social Security Administration,

23-cv-882-jdp

Defendant.

This is an action for judicial review of the Social Security Administration's Robert L. Hyde's application for disability benefits. After the court remanded the case, Hyde received a favorable decision from the commissioner.

Meredith Marcus, counsel for Hyde, moves for a fee award under 42 U.S.C. § 406(b). Dkt. 32. The statute allows a prevailing party to recover a reasonable fee, but the total amount awarded at the district court and the administrative level may not exceed 25 percent of the past benefits awarded. *See Gisbrecht v. Barnhart*, 535 U.S. 789, 792 (2002). The agency awarded $91,480.90 in past benefits, and 25 percent of that is $22,870.48. Counsel asks for the full amount in accordance with her fee agreement, Dkt. 23-2.

The court must subtract any fees awarded under the Equal Access to Justice Act (EAJA). In this case, Hyde's counsel was awarded $7,500 under EAJA, Dkt. 22, so counsel requests that the court approve an additional payment of $15,370.48.

In assessing a fee for reasonableness, "a district court must begin with the contingency award as its polestar and consider whether that amount should be reduced because it is unwarranted based on relevant factors, such as the claimant's satisfaction with their attorney's representation, the attorney's expertise and efforts expended, whether the attorney engaged in

any undue delay or overreaching, the uncertainty of recovery and risks of an adverse outcome, and how the effective hourly rate compares to others in the field and jurisdiction." *Arnold v. O'Malley*, 106 F.4th 595, 601 (7th Cir. 2024).

The court will award Marcus the full contingent fee amount that she and Hyde agreed to. Neither Hyde nor the commissioner has objected to the motion, it's undisputed that Marcus is an experienced attorney who achieved good results for her client, and there's no evidence that the effective hourly rate (approximately $669) exceeds that charged by other attorneys in the field. So the court will approve a representative fee in the amount of $22,870.48.

ORDER

IT IS ORDERED that:

1. Meredith Marcus's motion for attorney fees under 42 U.S.C. § 406(b), Dkt. 23 is GRANTED.

2. The court approves representative fees under § 406(b) in the gross amount of $22,870.48.

3. Counsel may retain the $7,500 previously awarded under EAJA in partial satisfaction of the § 406(b) award.

4. The net amount of $15,370.48 shall be disbursed by the commissioner from any of Hyde's past-due benefits being withheld and in accordance with agency policy.

Entered October 13, 2026.

BY THE COURT:

/s/

JAMES D. PETERSON
District Judge